No. 99–8885. SLEDGE v. NORTH CAROLINA. C. A. 4th Cir. Certiorari denied.

No. 99–8960. ATAMIAN v. GORKIN. Sup. Ct. Del. Certiorari denied.

No. 99–9010. GARCIA v. HENRY. C. A. 9th Cir. Certiorari denied.

No. 99–9012. FLETCHER v. NORTH CAROLINA DEPARTMENT OF REVENUE ET AL. C. A. 4th Cir. Certiorari denied.

No. 99–9046. PAUL v. DEPARTMENT OF THE NAVY. C. A. Fed. Cir. Certiorari denied.

No. 99–9059. SHAYESTEH v. UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT. C. A. 10th Cir. Certiorari denied.

No. 99–9066. MARTIN v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 99–9082. MCNEIL v. CORCORAN, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 99–9093. PEREZ-DE ANGEL v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 99–9094. ROMERO-CRUZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 99–9106. ANCISO v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 99–9109. BOLLMAN v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 99–9125. NORFLEET v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 99–9129. WALKER v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 99–9132. BROCAMONTE v. UNITED STATES. C. A. 10th Cir. Certiorari denied.